| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |

| | |
|---|---|
| ALLAN MOONEY, | Court File No.: _____ |
| Plaintiff, | Case Type:  14 (Other Civil – Consumer Protection |
| v. | |
| FRITO-LAY NORTH AMERICA, INC., and PEPSICO, INC., | **NOTICE OF FILING NOTICE OF REMOVAL** |
| Defendants. | |

TO THE COUNTY OF HENNEPIN DISTRICT COURT AND ALL COUNSEL OF RECORD:

Please take notice that a Notice of Removal of this action to the United States District Court for the District of Minnesota, was filed in that court on March 21, 2013.  A true and correct copy of the Notice of Removal is attached hereto as Exhibit I.  The Complaint in this action was served, but not previously filed with this Court.  A copy of the Complaint that was served is attached hereto as Exhibit II.

Please take further notice that the filing of said Notice of Removal with the office of the Clerk of the United States District Court for the District of Minnesota, and the filing of same with this Court, effects removal of this action pursuant to 28 U.S.C. § 1446.  Consequently, all further proceedings in this matter must occur in the United States District Court for the District of Minnesota, in compliance with the Federal Rules of Civil Procedure.

| | |
|---|---|
| Dated:  March 21, 2013 | s/Troy J. Hutchinson<br>Troy J. Hutchinson (#0320420)<br>Benjamin E. Gurstelle (#389968)<br>**Briggs and Morgan, P.A.** |

5360977v1

2200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

*Attorneys for Defendants*

5360977v1