UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ALLAN MOONEY,

      Plaintiff,

  v.                                            Case No.:  0:13-cv-00648

FRITO-LAY NORTH AMERICA, INC., and
PEPSICO, INC.,

      Defendants.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendants Frito-Lay North America, Inc. and PepsiCo, Inc. certifies as follows:

1.    Frito-Lay North America, Inc. is a wholly owned subsidiary of PepsiCo, Inc.  No parent corporation, publicly held corporation, or other entity owns 10% or more of the stock of PepsiCo, Inc.

Dated:  March 21, 2013

                                                      s/Troy J. Hutchinson
                                                      Troy J. Hutchinson
                                                      **Briggs and Morgan, P.A.**
                                                       2200 IDS Center
                                                      80 South 8th Street
                                                      Minneapolis, MN 55402

5360984v1