UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ALLAN MOONEY,

    Plaintiff,

v.

FRITO-LAY NORTH AMERICA, INC., and
PEPSICO, INC.,

    Defendants.

Case No.: 0:13-cv-00648(DWF/JJG)

AFFIDAVIT OF SERVICE

---

Christel K. Nowling, being first duly sworn, deposes and states that on the 21st day of March, 2013, she served the attached

1. NOTICE OF REMOVAL (WITH ATTACHMENTS);

2. NOTICE OF FILING NOTICE OF REMOVAL; AND

3. CIVIL COVER SHEET

upon:

Paul R. Hansmeier
Class Action Justice Institute, LLC
40 South 7th Street
Suite 212-313
Minneapolis, MN 55402
prhansmeier@thefirm.mn

(Which is the last known address of said attorney) by depositing a true and correct copy thereof in the United States mail, postage prepaid.

*Christel K. Nowling*
Christel K. Nowling

Subscribed and sworn to before me this 21st day of March, 2013

_____
Notary Public



SANDRA J. CAMBRONNE
Notary Public
Minnesota
My Commission Expires January 31, 2015

5361565v1