UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ALLAN MOONEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRITO-LAY NORTH AMERICA, INC.,<br>and PEPSICO, INC.,<br><br>　　　　Defendants. | Case No.: 13-CV-00648 (DWF/JJG)<br><br>**DEFENDANTS' LOCAL RULE 7.1 MEET-AND-CONFER STATEMENT** |

　　On April 9, 2013, the undersigned counsel for Defendants met and conferred with Plaintiff's counsel in a good-faith effort to resolve the issue raised by Defendants' motion for an order deferring ruling on Plaintiff's motion to remand. Unfortunately, the parties could not agree on deferring the Court's consideration of the motion to remand pending the Judicial Panel on Multidistrict Litigation's decision to transfer this case to the Eastern District of New York.

DATED: April 10, 2013

　　　　　　　　　　　　　　　　　　　　**RESPECTFULLY SUBMITTED,**

　　　　　　　　　　　　　　　　　　　　　s/Troy J. Hutchinson_____
　　　　　　　　　　　　　　　　　　　　Troy J. Hutchinson (#0320420)
　　　　　　　　　　　　　　　　　　　　**Briggs and Morgan, P.A.**
　　　　　　　　　　　　　　　　　　　　2200 IDS Center
　　　　　　　　　　　　　　　　　　　　80 South 8th Street
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Frito-Lay*
　　　　　　　　　　　　　　　　　　　　*North America, Inc. and PepsiCo, Inc.*

5395009v1