UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ALLAN MOONEY,   Civil No. 13-648 (DWF/JJG)

  Plaintiff,

v.   **ORDER GRANTING DEFENDANTS'
  MOTION TO DEFER PLAINTIFF'S
  MOTION TO REMAND PENDING
FRITO-LAY NORTH AMERICA., INC.   THE JPML'S TRANSFER DECISION**
and PEPSICO, INC.,

  Defendants.

Based on the files, records and proceedings herein,

**IT IS HEREBY ORDERED:**

1. Defendants' Motion to Defer Plaintiff's Motion to Remand Pending the JPML'S Transfer Decision (Doc. No. [20]) is **GRANTED**.

2. The June 14, 2013 hearing on Plaintiff Allan Mooney's motion to remand (Doc. No. [14]) is **CANCELED.**

3. The motion to remand is deferred pending the Judicial Panel on Multidistrict Litigation's decision to transfer this case to the Eastern District of New York as part of the multidistrict litigation captioned *In Re: Frito-Lay North America, Inc., All Natural Litigation*, No. 12-MD-2413-RMM-RLM (E.D.N.Y.).

4. The deadline for Defendants Frito-Lay North America, Inc. and PepsiCo, Inc. to file an opposition to the motion to remand is similarly deferred.

Dated:  April 16, 2013          s/Donovan W. Frank
                DONOVAN W. FRANK
                United States District Judge