**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------x

                                                    <u>ORDER</u>

*In re*: FRITO LAY NORTH AMERICA, INC.
"ALL NATURAL" LITIGATION                            **12-MD-2413 (RRM)**
-------------------------------------------------------x
**STAYCE DEATON,**

*An Arkansas resident behalf of herself and*
*all other Arkansas residents similarly situated*

                    **Plaintiff,**                  **13-CV-4470 (RRM)**

        **-against-**

**FRITO-LAY NORTH AMERICAN, INC.,**

                    **Defendant.**
-------------------------------------------------------x
**ALLAN MOONEY**,

                    **Plaintiff,**                  **13-CV-4471 (RRM)**
        **-against-**

**FRITO-LAY INC., et al.,**

                    **Defendants.**
-------------------------------------------------------x

       The parties to the latter two above-captioned cases, which are now part of the MDL

action pending in this District, <u>In re Frito-Lay North America, Inc., "All Natural" Litigation</u>,

12-MD-2413 (RRM)(RLM), are directed to comply with all orders entered in that case,

including but not limited to this Court's Case Management Order of May 1, 2013.  <u>See</u> Case

Management Order (May 1, 2013), Electronic Case Filing Docket Entry #21 in 12-MC-2413

(setting discovery schedule).

        **SO ORDERED.**

**Dated:**    **Brooklyn, New York**
             **August 9, 2013**

/s/ *Roanne L. Mann*
_____
**ROANNE L. MANN**
**UNITED STATES MAGISTRATE JUDGE**